UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RYAN, PATRICIA L. | ) | Case No. 08-10272-ERW |
| | ) | |
| Debtor(s). | ) | Hon. EUGENE R. WEDOFF |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

   On: **February 18, 2009**        Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                               $5,002.16

   Disbursements                                             $0.00

   Net Cash Available for Distribution                   $5,002.16

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO<br>*Trustee Compensation* | $0.00 | $1,250.22 | $0.00 |
| DLA PIPER LLP (US) | $0.00 | $6,288.50 | $11.30 |

CENTRAL\31140240.1

*Attorney for Trustee*

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

CENTRAL\31140240.1

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **January 27, 2009**                    For the Court,

                                By:  **KENNETH S. GARDNER**
                                     CLERK OF THE COURT

Trustee:     Philip V. Martino
Address:     203 North Lasalle Street
             Suite 1800
             Chicago, IL  60601
Phone No.:   (312) 368-2165

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1                   Date Rcvd: Jan 27, 2009
Case: 08-10272                Form ID: pdf002            Total Served: 12

The following entities were served by first class mail on Jan 29, 2009.
db           +Patricia L. Ryan,    4327 Hirschberg,   Schiller Park, IL 60176-1417
aty          +Deborah M Gutfeld,    DLA Piper US LLP,    203 N LaSalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty          +John E Gierum,    Gierum & Mantas,    9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
tr           +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
12639509     +Bank of America c/o Kamm, Shapiro & Demuth, Ltd.,     17 North State Street,   Suite 1700,
               Chicago, Illinois 60602-3293
12176010     +Cen/lasalle Bank N.a.,    135 S Lasalle St,   Chicago, IL 60603-4489
12176011     +Citimortgage,    Po Box 9438 Dept 0251,   Gaithersburg, MD 20898-9438
12176009     +Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
12176012     +Lasalle National N A,    3985 N Milwaukee Ave,   Chicago, IL 60641-2704
12176013      Monogram Bank N America,    4060 Ogletown/stan De5-019-03-07,    Newark, DE  19713
12176008     +Ryan Patricia L,    4327 Hirschberg,   Schiller Park, IL 60176-1417
12176014     +Tina Gatz,   11 Hawthorne,   Barrington, IL 60010-5321

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**                     **Signature:** _Joseph Speetjens_