UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 CASE |
| RYAN, PATRICIA L. ) | |
| ) | |
| ) | CASE NO. 08-10272-ERW |
| ) | |
| ) | |
| Debtor(s). ) | Hon. EUGENE R. WEDOFF |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

To:   THE HONORABLE EUGENE R. WEDOFF
       BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

March 12, 2009                                           /s/ Philip V. Martino
DATE                                                          Philip V. Martino, Trustee

CENTRAL\31199240.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RYAN, PATRICIA L. | ) | Case No. 08-10272-ERW |
| | ) | |
| Debtor(s). | ) | Hon. EUGENE R. WEDOFF |

## DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,002.48 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $5,002.48 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $7,550.02 | 66.26 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $1,250.22 | $828.37 |
| | Dla Piper Llp (Us) Attorney for Trustee Fees | $6,288.50 | $4,166.62 |
| | Dla Piper Llp (Us) Attorney for Trustee Expenses | $11.30 | $7.49 |
| | **CLASS TOTALS** | **$7,550.02** | **$5,002.48** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 121,723.77 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Bank Of America C/O Kamm, Shapiro & Real Estate-Consensual Liens | $121,723.77 | $0.00 |
| | **CLASS TOTALS** | **$121,723.77** | **$0.00** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   February 18, 2009          /s/ Philip V. Martino
                                    Philip V. Martino, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RYAN, PATRICIA L. | ) | Case No. 08-10272-ERW |
| | ) | |
| Debtor(s). | ) | Hon. EUGENE R. WEDOFF |

**Order Awarding Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation           $1,250.22
2. Trustee's expenses               $0.00

         TOTAL              $1,250.22

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this __18__ day of __February, 2009__

ENTERED: _____
                    UNITED STATES BANKRUPTCY JUDGE

CENTRAL\31140240.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| PATRICIA L. RYAN, | ) | Case No. 08-10272 |
| | ) | |
| Debtors. | ) | Judge Eugene R. Wedoff |

**ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF
COSTS INCURRED IN CONNECTION WITH
THE FIRST AND FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION OF DLA PIPER LLP (US),
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF PATRICIA L. RYAN**

This cause coming to be heard on the First and Final Fee Application of DLA Piper LLP (US) as Attorneys for Philip V. Martino, Trustee for the Bankruptcy Estate of Patricia L. Ryan (the "Application"); due notice having been given; the Court having heard the statements of counsel present; and the Court being fully advised in the premises; the Court hereby enters the following FINDINGS:

1.  That in the Application, DLA Piper LLP (US) sought the allowance of $6,288.50 for 15.40 hours of actual, necessary and valuable professional services rendered to the Trustee from May 14, 2008 through the end of this bankruptcy and incurred actual and necessary costs in the amount of $11.30;

NOW, THEREFORE, IT IS HEREBY ORDERED:

A.  That the Court allows $_6288.50_ as compensation to DLA Piper LLP (US) for actual, necessary and valuable professional services rendered to the Trustee from May 14, 2008 through the end of this bankruptcy;

CENTRAL\31135012.1

B.   That the Court allows $ __11-30__ as reimbursement to DLA Piper LLP (US) as actual and necessary costs incurred in connection with this bankruptcy; and

C.   That this matter is a core proceeding.

Dated: __18 FEB 2009__

ENTERED:

_____
Honorable Eugene R. Wedoff

CENTRAL\31135012.1

2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 08-10272 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | RYAN, PATRICIA L. | | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******3565 | | Account Number / CD #: | *******6096 BofA - Money Market Account |
| For Period Ending: | 03/12/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/08 | 1, 2 | William T. DiGioia for Tina Gatz | | 1110-000 | 5,000.00 | | 5,000.00 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.02 | | 5,000.02 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.63 | | 5,000.65 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.62 | | 5,001.27 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.49 | | 5,001.76 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.40 | | 5,002.16 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.26 | | 5,002.42 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,002.46 |
| 02/17/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 5,002.48 |
| 02/17/09 | | | INTEREST REC'D FROM BANK | 1270-000 | | | 5,002.48 |
| | | Transfer to Acct #*******6164 | Final Posting Transfer | 9999-000 | | 5,002.48 | 0.00 |

| | COLUMN TOTALS | 5,002.48 | 5,002.48 |
| --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 0.00 | 5,002.48 |
| | Subtotal | 5,002.48 | 0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 5,002.48 | 0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-10272 -ERW
Case Name: RYAN, PATRICIA L.
Taxpayer ID No: *******3565
For Period Ending: 03/12/09

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *********6164 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

Page: 2

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/09 | | Transfer from Acct #*******6096 | Transfer In From MMA Account | 9999-000 | 5,002.48 | | 5,002.48 |
| 02/25/09 | 003001 | DLA Piper LLP (US) | Attorney for Trustee Fees (Trustee Fees 4,166.62 Expenses 7.49 | 3110-000 3120-000 | | 4,174.11 | 828.37 828.37 |
| 02/25/09 | 003002 | PHILIP V. MARTINO 203 NORTH LASALLE STREET SUITE 1800 CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-000 | | 828.37 | 0.00 |

| COLUMN TOTALS | 5,002.48 | 5,002.48 | 0.00 |
|---|---|---|---|
| Less: Bank Transfers/CD's | 5,002.48 | 0.00 | |
| Subtotal | 0.00 | 5,002.48 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,002.48 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********6096 | 5,002.48 | 0.00 | 0.00 |
| BofA - Checking Account - *********6164 | 0.00 | 5,002.48 | 0.00 |
| | 5,002.48 | 5,002.48 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |